# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON

STATE OF WASHINGTON, )
         Respondent, )
v. )
ARNOLD MAFNAS CRUZ, )
         Appellant. )
)

DIVISION ONE

No. 77736-0-I

UNPUBLISHED OPINION

FILED: November 13, 2018

DWYER, J. — Arnold Cruz appeals from the imposition of an exceptional sentence. In cause No. 77930-3-I, we reversed Cruz's underlying conviction for rendering criminal assistance in the first degree and remanded the matter to the superior court for dismissal of the charge without prejudice. As a result, as to those convictions that remain valid, Cruz must be resentenced. The issue raised herein is moot. Accordingly, this appeal must be dismissed.

Dismissed.

We concur:

FILED
COURT OF APPEALS DIV I
STATE OF WASHINGTON
2018 NOV 13 AM 9:53